WILLARD K. TOM
General Counsel
ROBERT J. SCHROEDER
Regional Director
MARY T. BENFIELD
MIRY KIM
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
Telephone: (206) 220-6350

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MANAGEMENT SERVICES NW LLC, also d.b.a. AMS Financial, Rapid Reduction Systems, and Client Services Group, a Washington limited liability company;<br><br>PDM INTERNATIONAL, INC., also d.b.a. Priority Direct Marketing International, Inc., a Delaware corporation;<br><br>RAPID REDUCTION SYSTEM'S, LLC, a Delaware limited liability company;<br><br>Ryan David Bishop;<br><br>Michael L. Rohlf; and<br><br>William D. Fithian,<br><br>Defendants. | NO.  CV-10-0148-LRS<br><br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND RESCHEDULING HEARING TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE |

    Plaintiff, the Federal Trade Commission, all Defendants, and the Temporary Receivers appointed by this Court have moved, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, to extend, as to all Defendants, the Temporary Restraining Order entered in this matter on May 10, 2010, until a date no later than

ORDER EXTENDING TRO - 1

1 June 25, 2010. The parties and Temporary Receivers also seek to reschedule the hearing on the FTC's motion to show cause why a preliminary injunction should not issue. It is the finding of this Court that there is good cause for issuance of such Order.

IT IS THEREFORE ORDERED that the Temporary Restraining Order entered by this Court on May 10, 2010, in the above-captioned matter shall be extended until the date the preliminary injunction is heard herein as to all Defendants which shall be no later than June 25, 2010.

IT IS FURTHER ORDERED that all Defendants shall appear before this Court on the 15th day of June, 2010, at 2:00 p.m. (PDT) at Yakima, Washington, to show cause, if any there be, why this Court should not enter a preliminary injunction, pending final ruling on the Complaint.

SO ORDERED this 14th day of May, 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
Chief United States District Judge